JULIA V. PAPE, as Executrix, etc., Respondent, *v.* JOSEPH L. SCHOFIELD et al., Appellants.*

(Argued January 29, 1895; decided February 26, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made April 17, 1894, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*William R. Page* for appellants.

*John Delahunty* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

HENRY A. BOWERMAN, Appellant, *v.* WARREN D. BOWERMAN et al., Respondents.†

(Argued January 30, 1895; decided February 26, 1895.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made February 15, 1894, which reversed a judgment in favor of plaintiff entered upon the report of a referee and ordered a new trial before another referee.

*Horace Secor, Jr.,* for appellant.

*William C. De Witt* and *Puyson Merrill* for respondents.

Agree to affirm order and for judgment absolute in favor of defendants upon stipulation on opinion below.
All concur.
Order affirmed and judgment accordingly.

---

*Reported below, 77 Hun, 236.     † Reported below, 76 Hun, 46.